705 A.2d 740

IN THE MATTER OF S. DORRELL KING, AN ATTORNEY AT LAW.

February 4, 1998.

## ORDER

The Disciplinary Review Board on June 4, 1997, having filed with the Court its decision concluding that **S. DORRELL KING** of **VERONA**, who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 1.16(d) (return of en-earned fee and release of client file);

And the Disciplinary Review Board having further concluded that respondent should be required to return to clients the retain-ers found to be unearned and that she should practice law under supervision;

And **S. DORRELL KING** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **S. DORRELL KING** is hereby repri-manded; and it is further

ORDERED that within sixty days after the filing date of this Order respondent shall refund the unearned retainer of $4,000 in the *Branch* matter and the unearned retainer of $7,500 in the *Franklin* matter, failing which an Order to Show Cause why respondent should not be temporarily suspended from practice shall be issued; and it is further

ORDERED that respondent shall practice law under the super-vision of a practicing attorney approved by the Office of Attorney

Ethics for a period of two years and until further Order of the Court; and it is further

ORDERED that respondent shall submit the name of a proposed proctor to the Office of Attorney Ethics within thirty days after the filing date of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.